EMIL ARENA, complainant,

*v.*

DEL-JERSEY REALTY CORPORATION et al., defendants.

[Decided January 31st, 1936.]

*Messrs. Lichtenstein, Schwartz & Friedenberg,* for the appellant.

*Mr. Alfred A. Modarelli,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Fielder in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.